UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:11-CR-32-1F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ROBERT EARL MOODY | ) | |

Upon the motion of the Government and for good cause shown, it is hereby ORDERED that Docket Entry 33 be sealed until further order of this Court.

This the 17th day of July, 2013.

JAMES C. FOX
Senior United States District Judge