UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:11-CR-32-F1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ROBERT EARL MOODY, | ) | |
| Defendant. | ) | |

This matter is before the court *sua sponte*. Due to a clerical error, counsel did not receive the most recent order in this case, May 15, 2014 Order [DE-49]. Accordingly, the Clerk of Court is DIRECTED to send counsel a copy of that order. The deadline for submitting objections or otherwise responding is hereby extended to June 17, 2014. Except as modified herein, the May 15, 2014 order is RATIFIED in all other respects.

SO ORDERED.

This, the 2nd day of June, 2014.

James C. Fox
JAMES C. FOX
Senior United States District Judge