

U. S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS
FEDERAL MEDICAL CENTER

PO Box 1600
Butner, North Carolina 27509-1600
(919)575-3900

July 7, 2014

The Honorable James C. Fox
Eastern District of North Carolina
2 Princess Street
Wilmington, North Carolina 28401

RE: MOODY, Robert Earl
Register Number: 55315-056
Docket Number: 4:11-CR-00032-F-1

Dear Judge Fox:

I am in receipt of your court Order dated June 30, 2014, pursuant to the provisions of Title 18, United States Code, Section 4246(d).

Currently, the assigned Treatment Team members are conducting interviews and psychological testing with Mr. Moody, which are necessary to complete his evaluation. In order to provide the Court with a comprehensive evaluation, I respectfully request that his evaluation period begin on the day of the court order and be extended for an additional 30 days. If this request is granted, the evaluation period will end on September 12, 2014. My staff will attempt to complete the evaluation as soon as possible and have a final report to the Court within 14 working days of the end date. If you concur, please forward a copy of the amended Order by fax machine to (919) 575-4866 to the attention of Inmate Systems Management and send a certified copy to the Records Office at FMC Butner.

I thank you in advance for your assistance in this matter. If you are in need of additional information, please contact Kelly Forbes, Health Systems Specialist at (919) 575-3900 extension 6030.

Respectfully,

Kenny Atkinson
Complex Warden

(GRANTED)/DENIED (Circle One)

Signature: ____James C. Fox____   DATE: 7/9/14
District Judge James C. Fox

cc: John H. Bennett, Assistant United States Attorney
    James M. Walen, Defense Attorney