IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:11-CR-32-1F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ROBERT EARL MOODY | ) | |

This matter is before the Court on the Government's Motion to Dismiss Supervised Release Revocation Motion [DE-56]. For good cause shown, the motion is ALLOWED. The Motion for Revocation of Supervised Release [DE-26] is hereby DISMISSED.

SO ORDERED.

This, the 25 day of February, 2015.

_____
JAMES C. FOX
Senior United States District Judge